IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Andre Smith, | ) C/A No.: 3:15-cv-3671-JFA |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| Innovative Solutions of S.C., Inc., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

    The court has this date executed the attached order permitting the attorneys Glenn Walters, Sr., and Michael Culler to withdraw as attorney of record for the plaintiff in this action. The court will allow the plaintiff thirty (30) days within which to notify the court of the identity of the new attorney to represent the plaintiff in this case or, alternatively, of the plaintiff's desire to proceed with this litigation without an attorney.[1]

    To this end, the plaintiff shall, within thirty (30) days from the date of this order, complete the attached notice and mail it to the Clerk of Court at the address indicated. If the plaintiff fails to file the attached letter with the Clerk within the time prescribed, the court will assume that the plaintiff intends to proceed in this litigation *pro se* or without the benefit of an attorney. If the plaintiff chooses to proceed *pro se*, he remains responsible for insuring that the Clerk of Court has his current, accurate address.

---

1 If any party to this litigation is a corporation, the court hereby gives notice that a corporation may not appear through its corporate officers but may only appear in United States District Court through an attorney duly licensed to practice in this district. *E.g., Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985).

If no new attorney is obtained, the plaintiff is specifically advised that the court will expect this litigation to be conducted in accordance with all provisions of the Federal Rules of Civil Procedure. Failure to comply could have serious consequences including, but not limited to, striking a claim or defense or a pleading.

IT IS SO ORDERED.

January 14, 2016  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge

2

ANDRE SMITH  
576 Gus Sturkie Road  
Swansea, SC  29160

The Honorable Robin L. Blume  
Clerk of Court  
United States District Court  
901 Richland Street  
Columbia, SC  29201

  Re: 3:15-3671-JFA Smith v. Innovative Solutions of S.C., Inc.

Dear Ms. Blume:

  In response to Judge Anderson's order, I wish to advise as follows:

\_\_\_\_\_ 1. I have obtained a new attorney to represent me in this matter.  His/Her name, address, and telephone number are as follows:

_____

_____

OR

\_\_\_\_\_ 2. I have **NOT** obtained a new attorney and will represent myself in this matter.  The Clerk is directed to forward all notices and pleadings to me at the above address.  I understand that I am obligated to comply with all provisions of the Federal Rules of Civil Procedure and to keep the Clerk of Court informed as to my proper address. [Note: a corporate defendant must retain counsel].

_____  
Signature of Plaintiff, Andre Smith

Date:_____